UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

**In re:**

| | |
|---|---|
| **JERK MACHINE, INC., a Florida for profit Corporation,** | Case No. 08-21962-JKO<br>Chapter 11 |
| Debtor. | |
| _____/ | |
| **JERK MACHINE, INC., a Florida for profit Corporation,** | |
| Plaintiff, | Adv. Pro. No. 08-1591-JKO |
| vs. | |
| **BANK OF AMERICA, N.A.** | |
| Defendant. | |
| _____/ | |

### PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

**COMES NOW** the Plaintiff, Jerk Machine, Inc., by and through its undersigned counsel, and files a Motion for Clerk's Entry of Default, and states:

1. This adversary Complaint was filed on September 28, 2008.

2. An amended Complaint was filed on October 10, 2008 and duly served upon Plaintiff on December 12, 2008 via U.S. Mail, postage prepaid, upon Defendant Bank of America, 401 Tryon Street, NC1-021-02-20, Charlotte, N.C. 28255, and upon its Registered Agent: CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324. **In addition**, inasmuch as Bank of America is a Federally Insured Depository Institution, Defendant was also served through its President Director, as

disclosed on Sunbiz.org, as follows via Certified Mail, return receipt requested and received, to Kenneth D. Lewis, President/Director, 401 N. Tryon Street, NC1-021-02-20, Charlotte, NC 28255.

3. To date, Defendant has failed to answer said Amended Complaint.

4. The statutory time to respond to the Amended Complaint has expired entitling Plaintiff to a Clerk's Default.

5. It is necessary that the Clerk enter its default so that the undersigned may then move for Default Final Judgment.

**WHEREFORE**, the Plaintiff Jerk Machine, Inc., respectfully requests the entry of Clerk's Default so that it may pursue a Default Final Judgement.

Respectfully submitted this 13th day of January 2009.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local rule 2090-1(A).

>DAVID MARSHALL BROWN, P.A.
>Northmark Building, Suite 208
>33 Northeast 2nd Street
>Fort Lauderdale, Florida 33301
>(954)765-3166
>(954)765-3382 (fax)
>davidbrown8831@bellsouth.net
>
>By:  /s/ David Marshall Brown
>     David Marshall Brown, Esq.
>     Florida Bar No. 0995649

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I have on this 13th day of January 2009, served a copy of Plaintiff's Motion for Clerk's Entry of Default Judgment via U.S. Mail, postage prepaid, upon Defendant Bank of America as follows: Bank of America, 401 Tryon Street, NC1-021-02-20, Charlotte, N.C. 28255, and upon its Registered Agent: CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324. **In addition**, inasmuch as Bank of America is a Federally Insured Depository Institution, Defendant was also served through its President Director, as disclosed on Sunbiz.org, as follows via Certified Mail: Kenneth D. Lewis, President/Director, 401 N. Tryon Street, NC1-021-02-20, Charlotte, NC 28255.

                                                DAVID MARSHALL BROWN, P.A.
Northmark Building, Suite 208
33 Northeast 2nd Street
Fort Lauderdale, Florida 33301
(954)765-3166
(954)765-3382 (fax)
davidbrown8831@bellsouth.net

By:  /s/ David Marshall Brown
    David Marshall Brown, Esq.
    Florida Bar No. 0995649