UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

**In re:**

**JERK MACHINE, INC., a Florida for profit Corporation,**

Case No. 08-21962-JKO
Chapter 11

**Debtor.**

_____/

**JERK MACHINE, INC., a Florida for profit Corporation,**

**Plaintiff,**

Adv. Pro. No. 08-1591-JKO

vs.

**BANK OF AMERICA, N.A.**

**Defendant.**

_____/

### PLAINTIFF'S VERIFIED RENEWED MOTION FOR CLERK'S ENTRY OF DEFAULT

**COMES NOW** the Plaintiff, Jerk Machine, Inc., by and through its undersigned counsel, and files the Verified Renewed Motion for Clerk's Entry of Default, and states:

1. This adversary Complaint was filed on September 28, 2008.

2. An amended Complaint was filed on October 10, 2008 and duly served upon Plaintiff on December 12, 2008 via U.S. Mail, postage prepaid, upon Defendant Bank of America, 401 Tryon Street, NC1-021-02-20, Charlotte, N.C. 28255, and upon its Registered Agent: CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324. **In addition**, inasmuch as Bank of America is a Federally Insured Depository Institution, Defendant was also served through its President Director, as

disclosed on Sunbiz.org, as follows via Certified Mail, return receipt requested and received, to Kenneth D. Lewis, President/Director, 401 N. Tryon Street, NC1-021-02-20, Charlotte, NC 28255.

3. To date, Defendant has failed to answer said Amended Complaint.

4. The statutory time to respond to the Amended Complaint has expired entitling Plaintiff to a Clerk's Default.

5. A Clerk's Entry of Default was previously received but was vacated as it was later determined that the underlying motion was not a verified pleading, which this Motion is designed to correct.

6. It is necessary that the Clerk enter its default so that the undersigned may then move for Default Final Judgment.

**WHEREFORE**, the Plaintiff Jerk Machine, Inc., respectfully requests the entry of Clerk's Default so that it may pursue a Default Final Judgement.

Respectfully submitted this _4th_ day of February, 2009.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local rule 2090-1(A).

**I hereby declare under penalty of perjury that the statements made in the foregoing Verified Renewed Motion for Clerk's Entry of Default are true and correct.**

    DAVID MARSHALL BROWN, P.A.
    Northmark Building, Suite 208
    33 Northeast 2nd Street
    Fort Lauderdale, Florida 33301
    (954)765-3166
    (954)765-3382 (fax)
    davidbrown8831@bellsouth.net
    By: _____
    David Marshall Brown, Esq.
    Florida Bar No. 0995649

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this \_\_\_\_\_ day of February, 2009, served a copy of Plaintiff's Motion for Clerk's Entry of Default Judgment via U.S. Mail, postage prepaid, upon Defendant Bank of America as follows: Bank of America, 401 Tryon Street, NC1-021-02-20, Charlotte, N.C. 28255, and upon its Registered Agent: CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324. **In addition**, inasmuch as Bank of America is a Federally Insured Depository Institution, Defendant was also served through its President Director, as disclosed on Sunbiz.org, as follows via Certified Mail: Kenneth D. Lewis, President/Director, 401 N. Tryon Street, NC1-021-02-20, Charlotte, NC 28255.

DAVID MARSHALL BROWN, P.A.
Northmark Building, Suite 208
33 Northeast 2nd Street
Fort Lauderdale, Florida 33301
(954)765-3166
(954)765-3382 (fax)
davidbrown8831@bellsouth.net

By: _____
David Marshall Brown, Esq.
Florida Bar No. 0995649

I hereby certify that on this \_\_\_\_\_ day of February, 2009, an officer duly authorized in this State and County to take acknowledgments, personally appeared DAVID MARSHALL BROWN, personally known to me, and who executed the foregoing instrument (Plaintiff's Verified Renewed Motion for Entry of Clerk's Default) and he acknowledged before me that he executed same, and same was executed in my presence.

_____
Notary Public

My Commission Expires:_____

Notary Public State of Florida
Deborah Schena
My Commission DD636329
Expires 02/05/2011