UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

**In re:**

**JERK MACHINE, INC., a Florida for profit Corporation,**

   **Debtor.**

Case No. 08-21962-JKO
Chapter 11

_____/

**JERK MACHINE, INC., a Florida for profit Corporation,**

   **Plaintiff,**

vs.

**BANK OF AMERICA, N.A.**

   **Defendant.**

Adv. Pro. No. 08-1591-JKO

_____/

**PLAINTIFF'S VERIFIED MOTION FOR ENTRY OF
DEFAULT FINAL JUDGMENT**

**COMES NOW** the Plaintiff, JERK MACHINE, INC., by and through its undersigned counsel, and files it's Verified Motion for Entry of Default Final Judgment, and for cause states:

1. An amended Complaint was filed on October 10, 2008 and duly served upon Plaintiff on December 12, 2008 via U.S. Mail, postage prepaid, upon Defendant Bank of America, 401 Tryon Street, NC1-021-02-20, Charlotte, N.C. 28255, and upon its Registered Agent: CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324. **In addition**, inasmuch as Bank of America is a Federally Insured Depository Institution, Defendant was also served through its President Director, as disclosed on Sunbiz.org, as follows via Certified Mail, return receipt requested

and received, to Kenneth D. Lewis, President/Director, 401 N. Tryon Street, NC1-021-02-20, Charlotte, NC 28255;

2. Defendant's response to the Amended Complaint was due on or before January 2, 2009;

3. To date, Defendant has failed to answer said Amended Complaint;

4. On February 5, 2009, the Clerk entered its Clerk's Entry of Default [D.E. 24];

5. Plaintiff should be compelled and is apparently able to execute the proper documents to reinstate the mortgage and promissory note in the amount of $160,092.98 pursuant to the same terms of the previous mortgage on the following described property, situated, lying and being in MIAMI-DADE County, Florida, to-wit:

**THE AVENTURA BEACH CLUB CONDO UNIT 628 UNDIV 0.0018664 % INT IN COMMON ELEMENTS OFF REC 16641-3749 OR 17116-3674 0396 1.**

Also known as: 19201 Collins Ave. #628, Miami, Florida 33160.

6. Defendant owes Plaintiff $160,092.98, said sum representing the funds derived from the fraudulent transfer, a true and correct copy of the payoff request is attached and identified as Exhibit A.

7. Plaintiff has complied with Rule 55 F.R. Civ. P. made applicable to the current Proceeding through Fed. R. Bankr. P. 7055, as well as Local Rule 7055-1.

8. It is now appropriate that the Court enter a Default Final Judgment in this cause.

WHEREFORE, the Plaintiff, JERK MACHINE, INC. respectfully requests the entry of a Default Final Judgement against Defendant BANK OF AMERICA, N.A.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local rule 2090-1(A).

**I hereby declare under penalty of perjury that the statements made in the foregoing Verified Motion for Entry of Default Final Judgment are true and correct.**

>DAVID MARSHALL BROWN, P.A.
>Northmark Building, Suite 208
>33 Northeast 2nd Street
>Fort Lauderdale, Florida 33301
>(954)765-3166
>(954)765-3382 (fax)
>davidbrown8831@bellsouth.net
>
>By: _____
>David Marshall Brown, Esq.
>Florida Bar No. 0995649

I hereby certify that on this 31st day of March, 2009, an officer duly authorized in this State and County to take acknowledgments, personally appeared DAVID MARSHALL BROWN, personally known to me, and who executed the foregoing instrument (Plaintiff's Verified Renewed Motion for Entry of Clerk's Default) and he acknowledged before me that he executed same, and same was executed in my presence.

_____
Notary Public

Notary Public State of Florida
Deborah Schena
My Commission DD636329
Expires 02/05/2011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 31st day of March, 2009, served a copy of Plaintiff's Motion for Clerk's Entry of Default Judgment via U.S. Mail, postage prepaid, upon Defendant Bank of America as follows: Bank of America, 401 Tryon Street, NC1-021-02-20, Charlotte, N.C. 28255, and upon its Registered Agent: CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324. **In addition**, inasmuch as Bank of America is a Federally Insured Depository Institution, Defendant was also served through its President Director, as disclosed on Sunbiz.org, as follows via Certified Mail: Kenneth D. Lewis, President/Director, 401 N. Tryon Street, NC1-021-02-20, Charlotte, NC 28255.

DAVID MARSHALL BROWN, P.A.
Northmark Building, Suite 208
33 Northeast 2nd Street
Fort Lauderdale, Florida 33301
(954)765-3166
(954)765-3382 (fax)
davidbrown8831@bellsouth.net

By: _____
David Marshall Brown, Esq.
Florida Bar No. 0995649