**Exhibit A**

**Bank of America**

VIA FAX ONLY

December 3, 2007

Jerk Machine, Inc.
Attn: Catherine Malcolm
111 NW 2nd Street
Ft Lauderdale, FL 33301-1011

RE:     Payoff Request – Obligor(s) #-21/0004870817, 21/0004882317, Obligations #265, 265

Dear Ms. Malcolm,

Pursuant to your request for a payoff on the above-referenced Obligors, please be advised that the following amounts are necessary to pay off the Obligations as of December 3, 2007.

|  | Obligor 21-0004870817 Obl#265 | Obligor # 21-0004882317 Obl#265 |
|---|---|---|
| Principal Outstanding | $2,058,468.65 | $157,416.90 |
| Interest (to 12/3/07) | 50,744.49 | 2,676.08 |
| Late Fee | 1,210.16 | 0 |
| Pre-Payment fee | — 82,073.43 | 0 |
| Total to 12/3/07 | $2,192,496.73 | $160,092.98 |

**TOTAL LOAN PAYOFF $2,352,589.71**

Per Diem: $470.87 each day after December 3, 2007.

*Note: Payoff figures are subject to change-please confirm before submitting payoff funds.*