

**ORDERED in the Southern District of Florida on April 22, 2009.**

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:

JERK MACHINE, INC., a Florida for profit Corporation,

    Debtor.

_____/

JERK MACHINE, INC., a Florida for profit Corporation,

    Plaintiff,

vs.

BANK OF AMERICA, N.A.

    Defendant.

_____/

Case No. 08-21962-JKO
Chapter 11

Adv. Pro. No. 08-1591-JKO

### DEFAULT FINAL JUDGMENT

_____THIS CAUSE came on to be heard on April 22, 2009 at 9:30 AM, upon the Plaintiff's Motion for Entry of Default Final Judgment. After considering the motion, the Court finds the Plaintiff has complied with Rule 55 F.R. Civ. P. made applicable to the Bankruptcy Proceedings through Fed. R. Bankr. P. 7055 and Defendant has remained unresponsive. Accordingly, it is

**ORDERED** that

1. Default Final Judgment be and the same is hereby entered against Defendant, **BANK OF AMERICA, N.A.;**

2. Plaintiff is awarded $160,092.98 which will accrue legal interest and reasonable attorney's fees for collection of said debt until paid in full.

3. Plaintiff shall execute the proper documents to reinstate the mortgage and promissory note in the amount of $160,092.98 pursuant to the same terms of the previous mortgage on the following described property, situated, lying and being in MIAMI-DADE County, Florida, to-wit:

**THE AVENTURA BEACH CLUB CONDO UNIT 628
UNDIV 0.0018664 % INT IN COMMON ELEMENTS OFF
REC 16641-3749 OR 17116-3674 0396 1.**

Also known as: 19201 Collins Ave. #628, Miami, Florida 33160.

###

Submitted by:

David Marshall Brown, Esq.
DAVID MARSHALL BROWN, P.A.
Northmark Building, Suite 208
33 Northeast 2nd Street
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 765-3382 (fax.)
davidbrown8831@bellsouth.net