

**ORDERED in the Southern District of Florida on October 07, 2009.**

_____
John K. Olson, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 08-21962-JKO |
| JERK MACHINE, INC., a Florida for profit Corporation, | Chapter 11 |
| Debtor. _____/ | |
| JERK MACHINE, INC., a Florida for profit Corporation, | Adv. Pro. No. 08-1591-JKO |
| _____/ | |
| Plaintiff, | |
| vs. | |
| BANK OF AMERICA, N.A., | |
| Defendant. _____/ | |

**ORDER DENYING BANK OF AMERICA, N.A.'S MOTION TO
VACATE CLERK'S ENTRY OF DEFAULT AND DEFAULT FINAL JUDGMENT**

THIS MATTER came before the Court for hearing on Tuesday October 6, 2009 at 10:30 a.m. to consider Bank of America N.A.'s Motion to Vacate Entry of Clerk's Entry of Default and Default Judgement [C.P. #58].

Upon consideration of the Motion to Vacate and the Jerk Machine, Inc.'s Response In Opposition To Defendant Bank Of America N.A.'s Motion To Vacate Entry Of Clerk's Entry Of Default And Default Final Judgment, Motion For An Order Directing Safeco Insurance Company Of America To Pay Immediately On $162,998.35 Bond To Jerk Machine, Inc. and An Order Directing Bank Of America To Pay Any Remaining Outstanding Funds Owed To Jerk Machine, Inc. Within Thirty (30) Days Of The Order, the arguments of counsel, and with the Court being otherwise duly appointed, the Court Finds:

For the reasons stated on the record, it is **ORDERED** as follows:

Bank of America, N.A.'s Motion to Vacate Entry of Clerk's Entry of Default and Default Final Judgment is Denied.

###

Submitted by:
Chad T. Van Horn, Esq.
DAVID MARSHALL BROWN &
ASSOCIATES, P.A.
Northmark Building, Suite 208
33 Northeast 2nd Street
Fort Lauderdale, Florida 33301
(954)765-3166
(954)765-3382 (fax)
CVanHorn@dmb-law.com

Copies to:
David Marshall Brown & Associates, P.A. (Via CM/ECF)
Liebler, Gonzalez, & Portuondo, P.A. (Via CM/ECF)